UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA SCHINDLER,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>    Defendants. | Case No.  21-cv-02984-JSW<br><br>**ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVERSIZED OPPOSITION BRIEF**<br><br>Re: Dkt. No. 65 |

On May 4, 2022, Defendants filed a motion to dismiss Plaintiff's second amended complaint.  (Dkt. No. 56.)  Pursuant to the parties' stipulation, Plaintiff's deadline to file her opposition was May 20, 2022.  (Dkt. No. 60.)  On May 21, 2022, Plaintiff filed an opposition brief.  (Dkt. No. 61.)  Plaintiff provided no explanation for her tardy filing.  In addition to being late, Plaintiff's opposition brief failed to comply with this Court's Standing Orders and the Local Rules.  The Court struck the opposition and permitted Plaintiff to file a compliant opposition by May 27, 2022.  (Dkt. No. 62.)  The parties stipulated to extend Plaintiff's deadline to May 31, 2022.  (Dkt. No. 64.)

On June 1, 2022, Plaintiff filed an administrative motion for leave to file an oversized opposition brief.  (Dkt. No. 65.)  Plaintiff seeks the Court's permission to file an opposition brief that is twenty-four pages in length.  Plaintiff has not shown good cause to exceed the Court's page limitations.  Plaintiff's counsel has had over a week to revise her opposition brief to comply with the Court's Standing Order and the Local Rules.  Further, Plaintiff submitted her request after the deadline to file her opposition had already passed.  Plaintiff has failed to timely file an opposition brief, and Plaintiff offers no explanation for her tardiness.

For these reasons, the Court DENIES Plaintiff's request.  Plaintiff must file a compliant

brief of no more than fifteen pages by no later than Tuesday June 7, 2022. Defendants' reply shall be due by June 14, 2022. No further requests for extensions of time will be granted. If Plaintiff fails to file a compliant brief by June 7, 2022, the Court reserves the right to grant Defendants' motion as unopposed.

**IT IS SO ORDERED.**

Dated: June 1, 2022

_____
JEFFREY S. WHITE
United States District Judge